**SOLOMON LAW FIRM PLLC**

1330 Avenue of the Americas
Suite 23A
New York, NY 10019

300 Great Oaks Blvd., Suite 312
Albany, NY 12203

1025 Connecticut Ave, NW
Suite 1000
Washington, DC 20036

P:  1-866-8-FedLaw
F:  (202) 688-1896
attorneys@fedemploylaw.com

ADMITTED TO PRACTICE
IN NEW YORK STATE

**VIA ECF**

January 22, 2025

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   Car Wash Advisory, LLC v. Tamburro et al.
        Index No. 1:24-cv-08679-JMF

Dear Judge Furman:

We are counsel to John-Michael Tamburro, a Defendant in the above-captioned case. We write to seek an extension of Mr. Tamburro's time to answer, move or otherwise respond to the Complaint (Dkt. 1) in this action. Plaintiff's counsel, Maryam Hadden, has consented to an extension from January 28, 2025, until February 28, 2025, and we have agreed not to contest service (Dkt. 9).  We request that the Court grant the extension sought.

We also request an adjournment of the February 20, 2025, Initial Pre-Trial Conference scheduled by the Court (Dkt. 8). There have been no previous requests for an extension.

Thank you for the Court's consideration of this letter motion.

Respectfully submitted,

/s/ Kathryn L. Barcroft

(SDNY 7700)
1330 Avenue of the Americas
Suite 23A
New York, NY 10019
t. (866) 833-3529
f. (202) 688-1896
kbarcroft@fedemploylaw.com

cc: Maryam Hadden, Esq. (via ECF only)

Application GRANTED.  The answer deadline for Defendant Tamburro is hereby EXTENDED to **February 28, 2025**.  The initial pretrial conference is hereby ADJOURNED to **March 13, 2025, at 9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 11.

SO ORDERED.

*[signature]*

January 23, 2025